


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LADUCA PRODUCTIONS, INC. PENSION PLAN, | NO. CV 12-10447-UA (DUTYx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION** |
| ALLA KAZOVKSY, et al., | |
| Defendants. | |

    The Court will remand this unlawful detainer action to state court summarily because Defendant does not wish to proceed.

    On December 6, 2012, Defendant, having been sued in an unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and filed a request to proceed *in forma pauperis*. The Court has denied the latter request under separate cover because on December 18, 2012, Defendant filed a request to dismiss the case pursuant to Fed. R. Civ. P. 41.

    Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, Santa Monica Courthouse,

1725 Main Street, Santa Monica, California, 90401 pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

DATED: 1/7/13

GEORGE H. KING
United States District Judge